396 A.2d 39

Commonwealth v. Luyando, Appellant.

Submitted December 14, 1977.

Benjamin Lerner, Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.